**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| MONICA NORTON, ) | |
| ) | Case No.: 1:19-cv-00163-DCN |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Judge Donald C. Nugen |
| ) | |
| CAPITAL ONE BANK (USA) N.A., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **NOTICE OF SETTLEMENT**

Plaintiff MONICA NORTON notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining dates deadlines, including the Status conference currently scheduled for August 30, 2019, at 9:00 a.m.

Respectfully submitted the 23rd day of August 2019.

By:*/s/ Peter Cozmy*k
Peter Cozmyk
COZMYK LAW OFFICES, LLC
6100 Oak Tree Blvd., Ste. 200
Independence, OH 44131
pcozmyk@cozmyklaw.com
P: (216) 452-9145
F. (216) 485-2125
Attorney for Plaintiff

- 1 -

## CERTIFICATE OF SERVICE

I certify that on August 23, 2019, I filed Plaintiff's MONICA NORTON'S Notice of Settlement using the CM/ECF system, which will provide notice to the following:

Jeremy R. Teaberry
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Phone: 215.864.8370
Fax: 215.864.8999
teaberryj@ballardspahr.com
ATTORNEY TO BE NOTICED

Bryan T. Kostura
McGlinchey Stafford - Cleveland
Ste. 200
3401 Tuttle Road
Cleveland, OH 44122
216-378-9905
Fax: 216-378-9910
Email: bkostura@mcglinchey.com
ATTORNEY TO BE NOTICED

Stefanie L. Deka
McGlinchey Stafford - Cleveland
Ste. 200
3401 Tuttle Road
Cleveland, OH 44122
216-378-9914
Fax: 216-803-6945
Email: sdeka@mcglinchey.com
ATTORNEY TO BE NOTICED

By:*/s/ Peter Cozmy*k
Peter Cozmyk

NOTICE OF SETTLEMENT