# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MONICA NORTON,<br>        Plaintiffs,<br><br>v.<br><br>CAPITAL ONE BANK (USA) N.A.,<br>        Defendant. | Case No.: 1:19-cv-00163-DCN<br><br><br>*ELECTRONICALLY FILED* |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Monica Norton ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

| | |
|---|---|
| */s/ Bryan T. Kostura(with permission)*<br>Bryan T. Kostura (0078785)<br>**McGlinchey Stafford**<br>3401 Tuttle Road, Suite 200<br>Cleveland, Ohio 44122-4640<br>Telephone: (216) 378-9905<br>Facsimile: (216) 378-9910<br>Email: bkostura@mcglinchey.com<br>*COUNSEL FOR DEFENDANT* | */s/ Peter Cozmyk*<br>Peter Cozmyk<br>COZMYK LAW OFFICES, LLC<br>100 Oak Tree Blvd., Ste. 200<br>Independence, OH 44131<br>P: (216) 452-9145<br>F. (216) 485-2125<br>E: pcozmyk@cozmyklaw.com<br>*COUNSEL FOR PLAINTIFF* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of October 2019, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

Jeremy R. Teaberry
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Phone: 215.864.8370
Fax: 215.864.8999
teaberryj@ballardspahr.com

Bryan T. Kostura
McGlinchey Stafford - Cleveland
3401 Tuttle Road, Ste. 200
Cleveland, OH 44122
216-378-9905
Fax: 216-378-9910
Email: bkostura@mcglinchey.com

Stefanie L. Deka
McGlinchey Stafford - Cleveland
3401 Tuttle Road, Ste. 200
Cleveland, OH 44122
216-378-9914
Fax: 216-803-6945
Email: sdeka@mcglinchey.com

        */s/ Peter Cozmyk*
        Peter Cozmyk
        COZMYK LAW OFFICES, LLC
        100 Oak Tree Blvd., Ste. 200
        Independence, OH 44131
        P: (216) 452-9145
        F. (216) 485-2125
        E: pcozmyk@cozmyklaw.com
        *COUNSEL FOR PLAINTIFF*